# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2849
LT Case No. 2023-CA-000650-A

_____

JOHN H. PASCHAL,

Petitioner,

v.

STATE OF FLORIDA and
DEPARTMENT OF CORRECTIONS,

Respondents.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

John H. Paschal, Bushnell, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General, Daytona Beach, for
Respondent, State of Florida.

No Appearance for Remaining Respondent.

March 1, 2024

PER CURIAM.

Petitioner requests a belated appeal of a trial court order
entered in a civil case. We cannot grant a belated appeal of such
an order. *See Harris v. Anne Bates Leach Eye Inst.*, 174 So. 3d 570,

571 (Fla. 3d DCA 2015); *Woodson v. State*, 114 So. 3d 1068 (Fla. 1st DCA 2013). Petitioner may seek relief in the lower tribunal under Florida Rule of Civil Procedure 1.540. *See Brown v. State*, 708 So. 2d 1041, 1041–42 (Fla. 1st DCA 1998).

DISMISSED.

MAKAR, WALLIS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____